# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ELGAIN WILSON,                          )
                                        )
    Plaintiff,       )
                                        )
v.                                      )     Civil No.  3:21-cv-00214
                                        )     Judge Trauger
RAYMOND BYRD, ET AL.,                   )
                                        )
    Defendants.      )

## ORDER

On March 4, 2022, the Magistrate Judge issued a Report and Recommendation

(Doc No. 26), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the

reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT

PREJUDICE pursuant to Rule 41(b), Federal Rules of Civil Procedure and Local Rule 41.01(b).

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge